IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

JANET B.,[1]  )
  )
      Plaintiff,  )
  )
v.  )
  )
ANDREW SAUL,  )
*Acting Commissioner of Social Security*,  )
  )
      Defendant.  ) Civil Action No. 5:19-CV-039-C-BQ

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge advising the Court that Defendant's unopposed Motion to Remand should be granted and that judgment should be entered, therein remanding this civil action for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Defendant's unopposed Motion to Remand is **GRANTED**.[2] Accordingly, the above-styled and -numbered civil action is hereby **REMANDED** for further proceedings.

SO ORDERED this 24th day of June, 2019.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] To protect privacy concerns of plaintiffs in social security cases, the undersigned identifies the Plaintiff only by first name and last initial.

[2] Defendant's Motion indicates that Plaintiff does not oppose Defendant's request that the Court remand this proceeding. Accordingly, the Court need not wait for the filing of objections prior to the entry of this Order.